**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Lamont Quadre Dewberry, Appellant.

Appellate Case No. 2014-002481

———————

Appeal From Spartanburg County
Roger L. Couch, Circuit Court Judge

———————

Unpublished Opinion No. 2015-UP-471
Submitted August 1, 2015 – Filed October 7, 2015

———————

**APPEAL DISMISSED**

———————

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Matthew C. Buchanan, of South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.